## Scales v. The State.

APPEAL from Tuscaloosa County Court.
Tried before the Hon. J. J. MAYFIELD.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Lulu Scales, was indicted, tried and convicted for living in adultery with one Dock Bigham.

The judgment of conviction is affirmed.

Opinion PER CURIAM.

---

## Musgrove *et al.* Mathews.

APPEAL from Birmingham City Court.
Tried before the Hon. CHAS. A. SENN.

DENSON & TANNER, for appellants.

C. P. BEDDOW, for appellee.

This was an action of assumpsit brought by the appellee against the appellants, and counted upon the common counts, seeking to recover for services rendered and supplies furnished defendants by the plaintiff.

The cause was tried by the court without the intervention of a jury. There were verdict and judgment for the plaintiff. From this judgment the defendants appeal.

The judgment is affirmed.

Opinion by MCCLELLAN, C. J.